# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES REECE VANCE,<br>[DOB: ▓▓▓▓ 1973],<br>　　　　　　　　　Defendant. | No.<br><br>**COUNT ONE:**<br>**Use of Interstate Facility to Entice Minor**<br>**to Engage in Illegal Sexual Activity**<br>18 U.S.C. § 2422(b)<br>NLT:　10 Years Imprisonment<br>NMT:　Life Imprisonment<br>NMT:　$250,000 Fine<br>Supervised Release:　5 Years to Life<br>Class A Felony<br><br><br>$100 Mandatory Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Between on or about March 7, 2017, and May 8, 2017, in the Western District of Missouri and elsewhere, the defendant, **JAMES REECE VANCE**, using a facility of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, that is, the following felonies proscribed by the State of Missouri, such as, but not limited to: statutory rape or an attempt to commit statutory rape in the second degree

(RSMo. Section 566.034.1) and statutory sodomy or an attempt to commit statutory sodomy in the second degree (RSMo. Section 566.064.1), all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

__/s/ Catherine A. Connelly_____
Catherine A. Connelly
Assistant United States Attorney

Dated:__5/1/18_____

2